IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| WILLIAM BROWDER | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 9:14cv157 |
| CINDI SCHULER, ET AL. | § | |

MEMORANDUM ORDER OVERRULING OBJECTIONS AND ADOPTING
THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff William Browder, an inmate at the Eastham Unit, proceeding *pro se*, brought this civil rights suit pursuant to 42 U.S.C. § 1983 against prison officials.

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends plaintiff's motion to dismiss defendants Debora Denby, Jesse Bolton, and Alvin Perry (docket entry no. 34) should be granted. Additionally, the magistrate judge recommended the defendants' motion to dismiss defendants Debora Denby, Jesse Bolton, and Alvin Perry (docket entry no. 24) should be granted.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record and pleadings. Plaintiff filed objections to the Magistrate Judge's Report and Recommendation. This requires a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b). After careful consideration, the court concludes plaintiff's objections are without merit.

Accordingly, plaintiff's objections are **OVERRULED**. The findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is

**ADOPTED**. It is therefore

**ORDERED** that plaintiff's claims against defendants Debora Denby, Jesse Bolton, and Alvin Perry are **DISMISSED** without prejudice.

**SIGNED this 23rd day of March, 2016.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE